IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01941-WDM-KLM

WILLIAM HENDERSON,

    Plaintiff,

v.

CONSUMER ADJUSTMENT COMPANY, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' Stipulated Motion for Entry of Protective Order [Docket No. 7, Filed November 26, 2007] (the "Stipulated Motion").

IT IS HEREBY **ORDERED** the Stipulated Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Protective Order is **accepted** for filling and is entered as an Order of this Court as of the date of this Minute Order.

Dated:    November 26, 2007